mec/2004R00099

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 08-561 |
| AMER MIR and FREDERICK UGWU | : | **Complex Case and Continuance Order** |

This matter having been opened to the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Mark E. Coyne, Assistant U.S. Attorney, appearing), and defendants Amer Mir (William Strazza, Esq., appearing) and Frederick Ugwu (Henry E. Klingeman, Esq., appearing), and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by 18 U.S.C. § 3161;

2. failure to grant a continuance would deny counsel for defendants and the government reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence; and

3. the ends of justice served by a continuance of the trial date in this matter until June 8, 2009 outweigh the interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this   31st day of March, 2009,

ORDERED that the trial date in this matter is continued until June 8, 2009, and that the period of time from May 4 through June 8, 2009 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A),(B)(ii) and (B)(iv); and it is further

ORDERED that:

1. the conference and other matters described in ¶ 1 of the Court's September 3, 2008 Order for Discovery shall take place within ten (10) days from the date hereof or at such later date as the parties agree;

2. pretrial motions shall be filed on or before April 20, 2009;

3. responses to pretrial motions shall be filed on or before May 4, 2009;

4. the return date for pretrial motions shall be May 28, 2009, at 10:00 a.m.;

5. a status conference shall be held on May 19, 2009 at 2:30 p.m.;

and

6. trial shall commence on June 8, 2009, at 10:00 a.m.

HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE