UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, Plaintiff, v. FREDERICK UGWU, Defendant. | Criminal Number: 08-561 (JLL) 04<br>Hon. Jose L. Linares<br><br>**CONSENT ORDER MODIFYING CONDITIONS OF RELEASE** |
|---|---|

THIS MATTER having been opened to the Court by Defendant Frederick Ugwu (Anna G. Cominsky, Esq., appearing) for an Order Modifying Conditions of Release to address travel; the United States of America (AUSA, Mark Coyne) having represented to the Court that it has no objection to this application and the Court having considered the recommendation of the United States Pretrial Services Agency that they too have no objection to this application and for good cause shown,

WHEREFORE, IT IS on this ___9th___ day of June, 2009;

ORDERED that Defendant Frederick Ugwu may travel to Lagos, Nigeria, in Africa from June 10, 2009 through June 23, 2009, due to the death of his mother; and

IT IS FURTHER ORDERED that all terms and conditions of pretrial release previously imposed remain in full force and effect.

_____
JOSE L. LINARES,
United States District Judge

_____
Anna G. Cominsky, Esq.
For Defendant, Frederick Ugwu

_____
AUSA, Mark Coyne
For the United States Attorney's Office