mec/2004R00099

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares, |
| | : | U.S. District Judge |
| v. | : | |
| | : | Criminal No. 08-561 |
| FREDERICK UGWU and | : | |
| AMER MIR | : | **Order Modifying Bail** |
| | : | |

This matter having been opened to the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (Mark E. Coyne and Matthew E. Beck, Assistant U.S. Attorneys, appearing), to modify the conditions of bail for defendants Frederick Ugwu (Henry E. Klingeman, Esq., and Anna G. Cominsky, Esq., appearing) and Amer Mir (Gerald M. Saluti, Esq., appearing) following their convictions; and

the Court having heard arguments from defendants as to why their conditions of bail should not be modified

IT IS, therefore, on this 21st day of December, 2009,

ORDERED that in addition to the conditions of bail that have previously been set, the following conditions shall be imposed on both defendants:

    1. Both defendants will be placed on electronic monitoring and will remain at their respective residences at all times except for the following reasons: attorney meetings; court appearances; medical and/or substance abuse treatment; religious services; and employment as pre-approved by the Pretrial Services Agency.

      2.  Each defendant shall pay all or part of the cost of his electronic monitoring, based upon his ability to pay as determined by the Court and the Pretrial Services Agency.

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE