Case 2:08-cr-00561-JLL Document 143 Filed 02/04/10 Page 1 of 3

DOCUMENT FILED ELECTRONICALLY

HENRY E. KLINGEMAN, ESQ.
Krovatin Klingeman LLC
744 Broad Street, Suite 1903
Newark, NJ 07102
TEL 973-424-9777
FAX 973-424-9779
Attorneys for Defendant Frederick Ugwu

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

------------------------------------------------------------x
:
UNITED STATES OF AMERICA,        :    Hon. Jose L. Linares
:
          Plaintiff,        :    Crim. No. 08-561 (JLL)
:
  v.        :
:
FREDERICK UGWU,        :
:
          Defendant.        :    **NOTICE OF WITHDRAWAL**
:    **OF MOTION**
:
------------------------------------------------------------x

To:    AUSA MARK COYNE
        U.S. Attorney's Office
        970 Broad Street
        Newark, New Jersey 07102
        Attorneys for
        UNITED STATES OF AMERICA

COUNSEL:

        PLEASE TAKE NOTICE that Defendant FREDERICK UGWU hereby withdraws the Notice of Motion for a Judgment of Acquittal pursuant to Fed. R. Crim. P. 29(c)(2) filed December 21, 2009. This withdrawal is without prejudice to Mr. Ugwu's right to appeal the Court's denial of his previously and timely made Motion for a Judgment of Acquittal.

        Respectfully submitted,

KROVATIN KLINGEMAN LLC

/s/ Henry E. Klingeman (HK 6007)

Krovatin Klingeman LLC
744 Broad Street, Suite 1903
Newark, NJ 07102
TEL 973-424-9777
FAX 973-424-9779

Dated:        February 4, 2010
              Newark, New Jersey

SO ORDERED: _____
DATED: _____ 2/10/10