HENRY E. KLINGEMAN, ESQ.
Krovatin Klingeman LLC
744 Broad Street, Suite 1903
Newark, NJ 07102
TEL 973-424-9777
FAX 973-424-9779
Attorneys for Defendant Frederick Ugwu

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :   Hon. Jose L. Linares
                                          :
                    Plaintiff,            :   Crim. No. 08-561 (JLL)
                                          :
            v.                            :
                                          :
FREDERICK UGWU,                           :
                                          :   **ORDER RELEASING LIENS**
                    Defendant.            :
                                          :
------------------------------------------------------------x

  THIS MATTER having been opened to the Court on the application of Defendant Frederick Ugwu (Henry E. Klingeman, Esq., appearing) to release any and all United States District Court liens associated with the properties listed on Schedule A so that each and any property may be sold; the United States of America (Mark E. Coyne, Assistant U.S. Attorney, appearing) having no opposition to the application; and for good cause shown.

  WHEREFORE, IT IS, on this ___1ST___ day of __MARCH__, 2010, ORDERED that

  1. Any and all liens imposed by <u>United States v. Frederick Ugwu</u>, Crim. No. 08-561 (JLL), on the properties listed on Schedule A be released and removed in their entirety in accordance with the applicable laws and procedures of the State of New Jersey.

2. Any listed property may be sold.

3. Any proceeds from the sale of the above mentioned property shall be in escrow by Richard Turano, Esq., as closing attorney, pending further order of the Court.

4. Any HUD-1 settlement statement shall accurately and completely summarize the transaction and any and all disbursements related to the sale and a copy shall be provided to the United States upon the transaction's closing.

HONORABLE JOSE L. LINARES
United States District Judge

APPROVED AS TO FORM:

HENRY E. KLINGEMAN
Attorney for Frederick Ugwu

MARK E. COYNE
Assistant U.S. Attorney

2

**SCHEDULE A**

1. 112-114th Warren Street, Paterson, NJ
2. 713 E. 25th Street, Paterson, NJ
3. 43 Ryle Avenue, Paterson, NJ
4. 345 Broadway, Paterson, NJ
5. 50-52 North 3rd Street, Paterson, NJ