HENRY E. KLINGEMAN, ESQ.
Krovatin Klingeman LLC
744 Broad Street, Suite 1903
Newark, NJ 07102
TEL 973-424-9777
FAX 973-424-9779
Attorneys for Defendant Frederick Ugwu

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------x

UNITED STATES OF AMERICA,  : Hon. Jose L. Linares

    Plaintiff,  : Crim. No. 08-561 (JLL)

v.  :

FREDERICK UGWU,  : **SECOND ORDER**
    : **RELEASING LIENS**
    Defendant.  :

---------------------------------------------------------x

    THIS MATTER having been opened to the Court on the application of Defendant Frederick Ugwu (Henry E. Klingeman, Esq., appearing) to release any and all United States District Court liens associated with the properties listed on Schedule A so that each and any property may be sold; the United States of America (Mark E. Coyne, Assistant U.S. Attorney, appearing) having no opposition to the application; and for good cause shown.

    WHEREFORE, IT IS, on this _____7th_____ day of _April_, 2010, ORDERED that

1. Any and all liens imposed by <u>United States v. Frederick Ugwu</u>, Crim. No. 08-561 (JLL), on the properties listed on Schedule A be released and removed in their entirety in accordance with the applicable laws and procedures of the State of New Jersey.

1

**SCHEDULE A**

1. 112-114th Warren Street, Paterson, NJ
2. 713 E. 25th Street, Paterson, NJ
3. 43 Ryle Avenue, Paterson, NJ
4. 345 Broadway, Paterson, NJ
5. 50-52 North 3rd Street, Paterson, NJ
6. 345-347 Broadway, Paterson, NJ
7. 348 Hamilton Avenue, Paterson, NJ
8. 56 N. 3rd Street, Paterson, NJ
9. 352 E 27th Street, Paterson, NJ
10. 72-74 N. Main Street, Paterson, NJ
11. 50 N. 3rd Street, Paterson, NJ
12. 45 Ryle Avenue, Paterson, NJ
13. 361 15th Avenue, Paterson, NJ
14. 130 Marion Street, Paterson, NJ
15. 575-577 Broadway, Paterson, NJ
16. 713 E 25th Street, Paterson, NJ
17. 355 Totowa Avenue, Paterson, NJ
18. 147 Park Avenue, Paterson, NJ
19. 84 12th Avenue, Paterson, NJ
20. 201 Governor Street, Paterson, NJ
21. 31 Holsman Street, Paterson, NJ
22. 36 Strout Street, Paterson, NJ
23. 223 16th Avenue, Paterson, NJ