HENRY E. KLINGEMAN, ESQ.
Krovatin Klingeman LLC
744 Broad Street, Suite 1903
Newark, NJ 07102
TEL 973-424-9777
FAX 973-424-9779
Attorneys for Defendant Frederick Ugwu

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---------------------------------------------------x

UNITED STATES OF AMERICA,                  :   Hon. Jose L. Linares

                     Plaintiff,   :   Crim. No. 08-561 (JLL)

        v.                                      :

FREDERICK UGWU,                            :   **SECOND ORDER**
                             :   **RELEASING LIENS**
            Defendant.       :

                              :

---------------------------------------------------x

THIS MATTER having been opened to the Court on the application of Defendant

Frederick Ugwu (Henry E. Klingeman, Esq., appearing) to release any and all United States

District Court liens associated with the properties listed on Schedule A so that each and any

property may be sold; the United States of America (Mark E. Coyne, Assistant U.S. Attorney,

appearing) having no opposition to the application; and for good cause shown.

WHEREFORE, IT IS, on this ____7th____ day of _Opril_, 2010, ORDERED that

    1.   Any and all liens imposed by <u>United States v. Frederick Ugwu</u>, Crim. No. 08-

          561 (JLL), on the properties listed on Schedule A be released and removed in

          their entirety in accordance with the applicable laws and procedures of the

          State of New Jersey.

2.   Any listed property may be sold, provided the sale is for fair market value.

3.   Any proceeds from the sale of the above mentioned property shall be held in
     escrow by Richard Turano, Esq., as closing attorney, pending further order of
     the Court.

4.   Any HUD-1 settlement statement shall accurately and completely summarize
     the transaction and any and all disbursements related to the sale and a copy
     shall be provided to the United States upon the transaction's closing.

_____
HONORABLE JOSE L. LINARES
United States District Judge

APPROVED AS TO FORM:

4|6|10

_____
HENRY E. KLINGEMAN
Attorney for Frederick Ugwu

_____
MARK E. COYNE
Assistant U.S. Attorney

2

**SCHEDULE A**

1.  112-114th Warren Street, Paterson, NJ
2.  713 E. 25th Street, Paterson, NJ
3.  43 Ryle Avenue, Paterson, NJ
4.  345 Broadway, Paterson, NJ
5.  50-52 North 3rd Street, Paterson, NJ
6.  345-347 Broadway, Paterson, NJ
7.  348 Hamilton Avenue, Paterson, NJ
8.  56 N. 3rd Street, Paterson, NJ
9.  352 E 27th Street, Paterson, NJ
10. 72-74 N. Main Street, Paterson, NJ
11. 50 N. 3rd Street, Paterson, NJ
12. 45 Ryle Avenue, Paterson, NJ
13. 361 15th Avenue, Paterson, NJ
14. 130 Marion Street, Paterson, NJ
15. 575-577 Broadway, Paterson, NJ
16. 713 E 25th Street, Paterson, NJ
17. 355 Totowa Avenue, Paterson, NJ
18. 147 Park Avenue, Paterson, NJ
19. 84 12th Avenue, Paterson, NJ
20. 201 Governor Street , Paterson, NJ
21. 31 Holsman Street, Paterson, NJ
22. 36 Strout Street, Paterson, NJ
23. 223 16th Avenue, Paterson, NJ