HENRY E. KLINGEMAN, ESQ.
Krovatin Klingeman LLC
744 Broad Street, Suite 1903
Newark, NJ 07102
TEL 973-424-9777
FAX 973-424-9779
EMAIL hklingeman@krovatin.com
Attorneys for Defendant Frederick Ugwu

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Jose L. Linares |
| Plaintiff, | Crim. No. 08-561 (JLL) |
| v. | |
| FREDERICK UGWU, | **ORDER AUTHORIZING PAYMENT OF ATTORNEY FEES AND COSTS** |
| Defendant. | |

---------------------------------------------------------------x

THIS MATTER having been opened to the Court on the application of Defendant Frederick Ugwu (Henry E. Klingeman, Esq., appearing) to authorize payment of attorney fees and costs from escrow funds held by Escrow Agent Richard Turano, Esq.; the United States of America (Leah A. Bynon, Assistant U.S. Attorney, appearing) having consented to the application; and for good cause shown,

WHEREFORE, IT IS, on this __16th__ day of September, 2010, ORDERED that:

1. Escrow Agent Richard Turano, Esq. is directed to release to Krovatin Klingeman LLC the amount of **$32,029.22**, which amount represents attorney fees and costs owed by Defendant Frederick Ugwu to Krovatin Klingeman LLC.

1

2. The remaining funds now held in escrow by Escrow Agent Richard Turano, Esq., as well as any funds from further property sales obtained by Escrow Agent Richard Turano, Esq., shall be held in escrow subject to the previous orders of this Court (which remain in full force and effect) and shall not be disbursed (except as previously authorized by previous orders of this Court) pending further order of the Court.

_____
HONORABLE JOSE L. LINARES
United States District Judge

APPROVED AS TO FORM
AND SUBSTANCE:

_____   Date: 9/3/10
HENRY E. KLINGEMAN
Attorney for Frederick Ugwu

_____   Date: 9/15/10
LEAH A. BYNON
Assistant U.S. Attorney

2