# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 08-561-JLL-04 |
| v. | **ORDER** |
| FREDERICK UGWU | |

Pursuant to defense counsel, Henry E. Klingeman's application to be relieved as counsel for defendant, Frederick Ugwu, for the purposes of an appeal, this Court Orders as follows:

1. Attorney, Henry E. Klingeman's application to withdraw as counsel is hereby granted;

2. In order to protect defendant, Frederick Ugwu's timely appeal, attorney, Henry E. Klingeman shall timely file a Notice of Appeal on his behalf;

3. Attorney, Henry E. Klingeman is to forthwith forward all relevant documents and information pertaining to Frederick Ugwu's appeal to Mark A. Berman, Esq., Hartmann, Doherty, Rosa, Berman & Bulbulia, LLC., 65 Route 4 East, River Edge, NJ 07661 who has under separate Order of this Court, been appointed as appellate counsel for Frederick Ugwu.

Dated: April 4, 2011

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE

k