UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v -<br><br>FREDERICK UGWU,<br><br>        Defendant. | Criminal No. 08-0561 (JLL)<br><br>**ORDER** |

On this 4th day of April, 2001, it is hereby:

ORDERED that current counsel of record for Defendant shall file a timely notice of appeal on Defendant's behalf; and it is further

ORDERED that, thereafter, the following shall be substituted as appellate counsel for Defendant under the Criminal Justice Act:

    Mark A. Berman, Esq.
    **HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC**
    65 Route 4 East
    River Edge, NJ 07661
    (201) 441-9056
    mberman@hdrbb.com

                                                  HON. JOSE L. LINARES
                                                  United States District Judge